IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATMATA KAMARA | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 23-2305 |
| | : | |
| PHILADELPHIA FEDERAL CREDIT UNION, et al | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ARBITRATION TRIAL**

Take notice that the above-captioned case, is scheduled for an Arbitration Trial in the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on July 2, 2024[1], at 9:30 a.m., in Courtroom 5B, 5th floor.

Discovery must be completed within ninety (90) days of the date the answer was filed, unless otherwise ordered by the assigned judge.

The assigned arbitrators will determine the order in which cases will proceed. In the event of settlement, counsel shall notify the arbitration clerk by letter submitted via email to paed_arbitration@paed.uscourts.gov. If an arbitration panel has been assigned to the case, the arbitration clerk shall notify all members of the arbitration panel.

Failure to advise the Court of a settlement may result in sanctions requiring the parties to compensate the arbitrators for their service.

                                                                              George V. Wylesol
                                                                              Clerk of Court

                                                                              By: */s/ Ronald Vance*
                                                                              Arbitration Clerk
                                                                              Phone: 267-299-7429

Date: April 25, 2024

**NOTE:  Arbitrators shall not participate in settlement discussions.**

---

[1] Continued from May 29, 2024.